UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE HILL,

    Petitioner,

v.

SHERRY BURT,

    Respondent.

    File No. 1:14-CV-405

    HON. ROBERT HOLMES BELL

## FINAL ORDER

In accordance with the Opinion entered this date

**IT IS HEREBY ORDERED** that Petitioner's Objections (ECF No.11) are **OVERRULED**.

**IT IS FURTHER ORDERED** that Magistrate Judge Phillip J. Green's Report and Recommendation (ECF No. 10) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

Dated: September 2, 2014

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE